IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv71-MHT |
| | ) | (WO) |
| JENNIFER MCKEE | ) | |

**<u>ORDER</u>**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on January 24, 2007 (doc. no. 7), said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that the 28 U.S.C. § 2255 motion filed by McKee (doc. no. 1) is DENIED, as the claims therein entitle her to no relief.

DONE, this the 22nd day of February, 2007.

        /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE